**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Application of

   THE ARENA MEDIA BRANDS, LLC

*Petitioner.*

1:26-mc-158

## ORDER GRANTING PETITIONER'S APPLICATION
## FOR ISSUANCE OF A SUBPOENA PURSUANT TO 35 U.S.C.§ 24

This matter is before the Court on Petitioner THE ARENA MEDIA BRANDS, LLC's

Application for the Issuance of a Subpoena Pursuant to 35 U.S.C. § 24 (the "Application').

Upon consideration of the Application, it is hereby **ORDERED** that the Application is

**GRANTED**. The Clerk of the Court is directed to issue the Subpoena attached as Exhibit 1 to

the Application to third party Magzter, Inc.

**IT IS SO ORDERED**.

ENTERED this 28 day of April, 2026.
New York, New York

_____
   **ANDREW L. CARTER, JR.**
   **United States District Judge**